MAY 12, 1975*

No. 74–912. STACY ET AL. *v.* MAHAN ET AL. Affirmed on appeal from D. C. E. D. Va.

No. 74–1029. CHICAGO & EASTERN ILLINOIS RAILROAD CO. ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 74–1210. SADLAK *v.* GILLIGAN, GOVERNOR OF OHIO, ET AL. Affirmed on appeal from D. C. N. D. Ohio.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following:

No. 74–912, *Stacy* v. *Mahan, infra,* this page; No. 74–932, *Lekometros* v. *United States, infra,* p. 962; No. 74–955, *Art Theater Guild, Inc.* v. *Ohio ex rel. Schoen, infra,* p. 957; No. 74–956, *Art Theater Guild, Inc.* v. *Ohio ex rel. Anderson, infra,* p. 957; No. 74–984, *Maver* v. *Loesch, infra,* p. 962; No. 74–989, *United States Clay Producers Traffic Assn., Inc.* v. *Central of Georgia R. Co., infra,* p. 957; No. 74–1021, *Rosselli* v. *United States, infra,* p. 962; No. 74–1029, *Chicago & Eastern Illinois R. Co.* v. *United States, infra,* this page; No. 74–1033, *Dann* v. *Johnston, infra,* p. 962; No. 74–1035, *Stitt* v. *United States, infra,* p. 962; No. 74–1084, *Anderson* v. *Langenwalter, infra,* p. 962; No. 74–1093, *Riley* v. *Estate of Riley, infra,* p. 971; No. 74–1095, *Denton* v. *United States, infra,* p. 963; No. 74–1102, *National Maritime Union of America, AFL–CIO* v. *National Labor Relations Board, infra,* p. 963; No. 74–1125, *Bernstein* v. *United States, infra,* p. 962; No. 74–1131, *Kalamazoo Board of Education* v. *Oliver, infra,* p. 963; No. 74–1132, *Michigan State Board of Education* v. *Oliver, infra,* p. 963; No. 74–1148, *Great Atlantic & Pacific Tea Co., Inc.* v. *Cottrell, infra,* p. 961; No. 74–1158, *Smart* v. *Texas Power & Light Co., infra,* p. 958; No. 74–1188, *Kerrigan* v. *Morgan, infra,* p. 963; No. 74–1190, *White* v. *Morgan, infra,* p. 963; No. 74–1196, *Kline* v. *Coldwell, Banker & Co., infra,* p. 963; No. 74–1197, *White* v. *McIntosh, infra,* p. 957; No. 74–1199, *Brown* v. *Wood, infra,* p. 963; No. 74–1210, *Sadlak* v. *Gilligan, infra,* this page; and No. 74–6227, *John* v. *United States, infra,* p. 962.